Mandy Leigh (SBN 225748)
Jay T. Jambeck (SBN 226018)
jjambeck@leighlawgroup.com
LEIGH LAW GROUP
870 Market Street, Suite 1157
San Francisco, California 94102
Telephone: (415) 399-9155
Facsimile: (415) 795-3733

Attorneys for Plaintiff,
ROLANDO ISIP

Kathleen J. Williams (SBN 127021)
KWilliams@williamslegal.net
WILLIAMS & ASSOCIATES
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
Telephone:  (916) 456-1122
Facsimile: (916) 737-1126

Attorneys for Defendant,
SOLANO COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO ISIP,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>SOLANO COUNTY,<br><br>　　　Defendants. | Case No. 2:12-cv-02780-WBS-DAD<br><br>**ORDER ON STIPULATION TO CONTINUE DATE OF STATUS CONFERENCE**<br><br>Date:　　　March 4, 2013<br>Time:　　　2:00 p.m. |

The Status Conference currently scheduled for March 4, 2013 shall be continued to a date following the filing of the response of Defendant Solano County.  The Parties are commanded to meet and confer immediately upon the filing of the response.  The Status Conference shall be

1

scheduled for **May 13, 2013 at 2:00 p.m.**  The Parties shall submit a Joint Status Conference Statement no later than April 29, 2013.

      IT IS SO ORDERED.

Dated:   February 21, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE