Mandy Leigh (SBN 225748)
Jay T. Jambeck (SBN 226018)
jjambeck@leighlawgroup.com
LEIGH LAW GROUP
870 Market Street, Suite 1157
San Francisco, California 94102
Telephone: (415) 399-9155
Facsimile: (415) 795-3733

Attorneys for Plaintiff,
ROLANDO ISIP

Kathleen J. Williams (SBN 127021)
KWilliams@williamslegal.net
WILLIAMS & ASSOCIATES
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
Telephone:  (916) 456-1122
Facsimile: (916) 737-1126

Attorneys for Defendant,
SOLANO COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO ISIP,<br><br>    Plaintiff,<br><br>  vs.<br><br>SOLANO COUNTY,<br><br>    Defendants. | Case No. 2:12-cv-02780-WBS-DAD<br><br>**ORDER ON STIPULATION REGARDING DEFENDANT SOLANO COUNTY'S MOTION TO DISMISS**<br><br>Date:    April 8, 2013<br>Time:    2:00 p.m. |

The parties have submitted a stipulation that Defendant Solano County's Motion to Dismiss Counts three and five of the first amended complaint be granted, without leave to amend.

Pursuant to the parties' stipulation, the Court GRANTS Defendant Solano County's Motion to Dismiss Counts three and five of the first amended complaint, without leave to amend. The April 8, 2013 hearing date is vacated.

IT IS SO ORDERED.

Dated:   March 28, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE