1  Kathleen J. Williams (SBN 127021)
   KWilliams@williamslegal.net
2  WILLIAMS & ASSOCIATES
   1250 Sutterville Road, Suite 290
3  Sacramento, CA  95822
   Telephone:  (916) 456-1122
4  Facsimile: (916) 737-1126

5  Attorneys for defendant
   SOLANO COUNTY

6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

11  ROLANDO ISIP,                          Case No. 2:12-cv-02780-WBS-DAD

12        Plaintiff,                        **STIPULATION AND ORDER TO**
                                            **DISMISS WITH PREJUDICE**
13

14        vs.

15  SOLANO COUNTY,

16        Defendants.

17  ///

18

19

20

21

22

23

24

25

26

27

28

1

2      Plaintiff ROLANDO ISIP and defendant SOLANO COUNTY, by and through their

3    attorneys of record, hereby stipulate to the dismissal of this case with prejudice, each

4    side to bear its own costs and attorney fees.

5    Dated: February 14, 2014              LEIGH LAW GROUP

6

7                                          By: /s/ Jay T. Jambeck (signed by permission)
                                                Jay T. Jambeck
8                                               Attorneys for plaintiff ISIP

9    Dated:  February 14, 2014             WILLIAMS AND ASSOCIATES

10

11                                         By: /s/ Kathleen J. Williams
                                                Kathleen J. Williams
                                                Attorneys for defendant
12                                              SOLANO COUNTY

13
            IT IS SO ORDERED.
14
     Dated:  February 18, 2014
15

16   _____
     WILLIAM B. SHUBB
17   UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28